UNITED STATES of America,
Plaintiff—Appellee,

v.

Michael BROWN, Defendant—
Appellant.

No. 03–10430.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2004.*

Decided July 15, 2004.

William R. Reed, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Norman J. Reed, Esq., Robert M. Draskovich, Chtd., Las Vegas, NV, for Defendant–Appellant.

Before: HAWKINS, THOMAS and BYBEE, Circuit Judges.

MEMORANDUM **

Michael Brown appeals his guilty-plea conviction and five-month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Brown's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

_____
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

_____
courts of this circuit except as provided by Ninth Circuit Rule 36–3.

